IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN GOLIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IBCS GROUP, INC., *d/b/a* IBCS Group, IBCS FIDELITY, INC., EDWARD SCARBOROUGH, and YVONNE SCARBOROUGH,<br><br>　　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-2577 (JBS/KMW)<br><br>**DEFAULT JUDGMENT** |

　　This matter having come before the Court by way of Plaintiff's motion for default judgment [Docket Item 17]; and the Court having considered the parties' submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

　　IT IS this __**27th**__ day of __**April**__, **2015,** hereby

　　ORDERED that Plaintiff's motion for default judgment [Docket Item 17] shall be, and hereby is, **GRANTED IN PART** with respect to IBCS Group, Inc. d/b/a IBCS Group, and **DENIED** with respect to IBCS Fidelity, Inc.; and it is further

　　ORDERED that Default Judgment shall be entered in favor of Plaintiff and against Defendant IBCS Group, Inc., d/b/a IBCS Group in the amount of $130,655.29; and it is further

　　ORDERED that Plaintiff shall, within **fourteen (14) days** of

entry of this Order, file any additional submissions concerning Plaintiff's entitlement to an award of attorney's fees, treble damages, and/or the entry of judgment against Fidelity, as set forth in the Memorandum Opinion of today's date.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge